Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BARRY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUPANG, INC., BOM KIM, and GAURAV ANAND,<br><br>Defendants. | Case No: 3:25-cv-10795-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joseph Barry ("Plaintiff") hereby gives notice that he hereby voluntarily dismisses his case without prejudice against all Defendants. No Defendant has either answered the complaint or filed a motion for summary judgment in this case. Further, no class has been certified.

The claims in this action shall proceed in a related action, *Lee et al. v. Coupang, Inc.*, et al., 2:26-cv-00047-TLF, filed in the United States District Court for the Western District of Washington.

Dated: February 13, 2026          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*